**FILED**

**10/21/2020**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

## (for filers who are prisoners without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Indiana_

(Full name of plaintiff(s))

Elvis Cesar Medrano

vs

(Full name of defendant(s))

Washington Police department (ERT)

DeT: Brandon Garland,

WPDO: kane waggoner,

WPDO: Greg Dietch, WPDO: Aaron Guzman, WPDO: Tyler Holcomb
See Attached pg. 1 →

Case Number:

3:20-cv-251-RLY-MPB

(to be supplied by clerk of court)

A.    PARTIES

1.    Plaintiff is a citizen of _Henderson kentucky_, and is located at
        (State)

Henderson CO. DeTention Ctr. 380 Borax DR. Henderson kentucky
42419.                (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant _Brandon Garland, kane waggoner, Greg Dietch_
        (Name)
Aaron Guzman, Tyler Holcomb, Washington Emergency Respond Team,
Daviess CO. Sheriffs Respond unit, Jay R. Crew, Keith Hinderliter,
Indivisually and in there official Capacities.

Complaint - 1

(Attached Document) Pg.1
(Full name of defendant (s) continuance)

Daviess County sheriffs department
Sheriffs Respond unit,
D.C.S.O. CAptain: Jay B. Crew,
D.C.S.O. DeT. keith Hinderliter,
Indivisually and in there official Capacities,
            defendants.

is (if a person or private corporation) a citizen of ___Indiana___

(State, if known)

and (if a person) resides at ___the City of Washington, Indiana___

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Washington Police department and Daviess Co. Sheriffs dept.___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

The following agency(s) and subjects in there official capacities acknowledged directly participated in violating the plaintiffs 4th, 8th and 14th Constitutional rights as to knowingly knew about the violation occuring and did not try to stop or fix it. Washington Police departments "Emergency Respond Team", DeT. Brandon Garland, WPDO: Kane Waggoner, WPDO: Greg Dietch, WPDO: Aaron Guzman, WPDO: Tyler Holcomb, Daviess County Sheriffs department "Sheriffs Respond unit", DCSO: Captain Jay R. Crew, DCSO. DeT. Keith Hinderliter,

Indivisually and in there official Capacities.

    1) CAPtain Jay R. Crew with the Daviess County sheriffs department on August 3, 2020, deployed 3• 36mm canisters of tear gas into a 420 Foot square Structure Located at 600 front Street where the plaintiff lied unresponsive in it, After deploying canisters capt: Jay R. Crew had his men under his command "stand down" Knowing the canisters deployed in such Small structure is lethal to the human body and Could Cause death by "suffocation".

Having deployed gas canisters into residence and ordering officers to stand down Captain Jay R. crew knowingly violated the plaintiffs rights and displayed Police brutality, Excessive use of force and malicious acts twords the Saftey of the Plaintiffs persona Causing "Cruel and unusual Punishment inflicted" by leaving the plaintiff in said Structure 30 to 60 min. by failing to execute there search warrant. In addition

## Statement of Claim Continuance (Pg 2-3)

Violating the Plaintiffs right of the people

to be secure in their persons, against unreasonable

Search and seizures shall not be violated. Furthermore

depriving the Plaintiff medical attention causing

a volume of physical/Health problems as to

Body injuries unattended at the time of the

incident to where the Plaintiff now is still currently

suffering. [Depriving the Plaintiff of Life without

Due Process]..

In respect to (WHY) would Captain Jay

R. Crew a respected member of his community

inflict/display such malicious Acts on

my persona for the whole community of

Washington, Indiana and all 52 States of

the united States of America to watch Live

on Facebook on August 3, 2020, only God knows.

2) DeTective: Keith Hinderliter with the

Daviess County sheriffs office directly participated

in violating the plaintiffs 4th, 8th and 14th amendment

Rights. Det. Hinderliter knowingly through his training

and expierence as a law enforcement officer on

August 3, 2020 at 600 Front street, washington,

Indiana neglected to stop or fix the inappropriate

behaviour his fellow officers were displaying.

DeT. Hinderliter Stood there without care or

Concern to the saftey of the Plaintiff and
Watched the residence go up in smoke as the heavy
Tear gas of three 36.mm canisters deployed made
it's way thru the seams of the 420 foot square structure
as the plaintiff lied unresponsive in it causing "Cruel
and unusual punishment inflicted". In the process
DeT. Hinderliter followed thru with his fellow officers
and denied the Plaintiff proper medical attention
depriving the Plaintiff of Life without "Due Process".

In respect to (WHY) would DeTective keith Hinderliter
a respected member of his community inflict/display
such malicious Acts on my person a for the whole
Community of washington, Indiana and all 52. states

of the United States of America to watch live

on Facebook on August 3, 2020, only God knows.

    3.) <u>Daviess county sheriff's office</u>, "<u>Sheriff's</u>

<u>Respond unit</u>" directly participated in violating

the Plaintiffs 4th, 8th and 14th Amendment Rights.

The Sheriff's Respond unit knowingly through there

training and expierence as to preparation for incidents

Like this (Standoffs) is a procedure that should

be executed. However, on August 3, 2020 at 600

Front Street the sheriff's Respond unit neglected

their "Badge of Authority", and maliciously Acted

in a cruel and humane manner twords the

Plaintiffs Persona by standing down and not

immediately executing there search warrant to extract

the Plaintiff, failing to comply with State Laws

The sheriffs Respond unit allowed Law enforcement

officers from other respected branches act inappropriately

by causing a lethal cocktail of a Volume of Tear Gas

to be deployed in such a small structure that could

cause death by suffocation to the Plaintiff Violating

his constitutional Rights. Furthermore, The sheriffs

Respond unit Should've enforced other Law enforcement agencies

as there own to provide the Plaintiff with medical attention

instead all officers acting "under State authority" for The

sheriff's Respond unit deprived the plaintiff of Life

without "Due Process."

In Respect to (WHY) The "sheriffs Respond unit" a Respected Respond unit of their community inflict, display such malicious Acts on my persona for the whole community of washington, Indiana and all 52. States of the united States of America to watch live on Facebook on August 3,2020, Only God knows.

4.) Detective: Brandon Garland, Lead agent for washington Police department directedly participated in Violating the plaintiff's 4th, 8th and 14th amendment Rights. Brandon Garland knowingly on August 3,2020 at 1600 front street washington, Indiana allowed officers to Stand down after deploying 3-36mm canisters of Tear Gas into a 420 Foot square structure as to knowing

thru his training and expierence as a law enforce-
ment officer when deploying a volume of tear gas
into such a small structure with the plaintiff in it
could cause death by suffocation to the human body.
Brandon Garland acting "under state authority" did
not try to stop or fix the situation. Instead he
displayed Police brutality, Excessive use of force and
malicious Acts with a active search warrant to
execute at 600 front street Residence he neglected
to execute but Rather deploy 3.36mm canisters of Tear
Gas and stand down while the residence went up
in smoke with the Plaintiff in it unresponsive
"Causing cruel and unusual Punishment inflicted"

further Brandon Garland deprived the Plaintiff

of medical attention with the result of the

Plaintiff suffering from use to the right hand,

Lung problems breathing, eye sight focus and mental

pain, headaches and lameness with a volume of other

physical and mental pain. These inhumane inflictions

by DeT. Brandon Garlands actions are a violation of

the Plaintiffs Consititional Rights "Due Process".

   In Respect to (WHY) DeTective: Brandon Garland

a respected member of his community inflict/display

Such malicious Acts on my persona for the whole

Community of washington, Indiana and all

52. States of The united States of America to

Watch Live on Facebook on August 3, 2020,

Only God Knows.

5.) Officer: Kane waggoner, with the washington Police department, directly participated in violating the Plaintiffs 4th, 8th and 14th amendment Right. officer Kane waggoner knowingly through his training and expierence as a Badge of Authority on August 3, 2020 at 600 front street washington, Indiana neglected to stop or bring to light the inappropriate behaviour his fellow officers were displaying. Instead kane waggoner participated without care or concern for the saftey of the plaintiff and watched a lethal Cocktail of 3. 36mm gas Canisters deployed make it's way thru the seems

of the 420 foot square structure as the plaintiff

lied unresponsive in it causing cruel and unusual

Punishment inflicted. In the Process kane waggoner

followed thru with his fellow officers and denied the

Plaintiff Proper medical attention depriving the

Plaintiff of life without "Due Process". In Result

of kane waggoners negligence the Plaintiff suffers

from injuries to the right hand, lung problems, eye

Sight issues, lameness, headaches and physical and

mental pain.

In Respect to (why) kane waggoner a respected

member of his community inflict/display such Police

brutality, Excessive use of force and malicious Acts on my

Persona for the whole community of whshington, Indiana and all 52. states of the united states of America to watch Live on facebook on August 3,2020, only God knows.

a) officer: Greg Dietch , with the washington Police department directly participated in violating the Plaintiffs 4th, 8th and 14th amendment Rights. officer: Greg Dietch knowingly through his training and expierence as a Badge of Authority on August 3,2020 at 600 front street. washington, Indiana neglected to stop or bring to light the inappropriate behaviour his fellow officers were displaying.   Instead officer: Greg Dietch participated without care or concern for the saftey of the

Plaintiff and watched a lethal cocktail of 3.36mm gas conisters deployed make its way thru the seem's of the 420 foot square structure as the Plaintiff lied unresponsive in it causing cruel and unusual Punishment inflicted. In the Process officer: Greg Dietch followed thru with his fellow officers and denied the Plaintiff Proper medical attention depriving the Plaintiff of Life without Due Process. In result of officer: Greg Dietch negligence the Plaintiff suffers from body injuries to the right hand, Lung problems, eye sight issues, headaches and physical and mental pain, Lameness.

"WHY" would officer: Greg Dietch a respected member of his community inflict/display such Police

Brutality, excessive use of force as to Malicious Acts on my Persona for the whole community of washington, Indiana and all 52 states of The United States of America and thee abroad to watch Live on facebook on August 3, 2020, only God knows.

7) Officer: Aaron Guzman, with the washington Police department directly Participated in violating the Plaintiffs 4th, 8th and 14th amendment Right. Officer: Aaron Guzman knowingly through his training and expierence as a Badge of Authority, On August 3, 2020 at 600 front Street washington, Indiana neglected to stop or bring to light the inappropriate behaviour his fellow officers were displaying. Instead Officer: Aaron Guzman partcicpated

without Care or Concern for the saftey of the Plaintiff and watched as a lethal Cocktail of 3.36mm gas canisters deployed make its way thru the seems of the 420 foot square structure as the Plaintiff lied unresponsive in the residence causing cruel and unusual Punishment inflicted.   In the process officer Aaron Guzman followed thru with fellow officers and denied the Plaintiff Proper medical attention depriving him of Life without Due Process.   In result of Aaron Guzmans negligence the Plaintiff suffers from body injuries to the right hand, lung problems, lameness, eye sight issues, headaches and physical and mental pain.

In  Respect to (WHY) officer: Aaron Guzman  a

respected member of his community inflict/display

Such Police brutality, excessive use of force as to malicious

acts on my persona for the whole community of washington

Indiana and all 52. states of the united states of

America to watch live on Facebook on August 3, 2020

Only God knows.

8.) Officer: Tyler Holcomb, with the washington

Police department directly Participated in violating the

Plaintiffs 4th, 8th, and 14th amendment Rights. Officer: Tyler

Holcomb knowingly through his training and expierence

as a Badge of Authority, on August 3, 2020 at 600

front street washington, Indiana neglected to stop

or bring to light the inappropriate behaviour

his fellow officers were displaying. Instead officer: Holcomb participated without care or concern for the saftey of the Plaintiff and watched as a lethal cocktail of 3·36mm. gas canisters deployed engulf the 420 foot square structure as the Plaintiff lied unresponsive in the residence causing cruel and unusual Punishment inflicted. In the process officer: Holcomb with his fellow officers denied the Plaintiff proper medical attention depriving him of Life without Due Process.

In result of officer: Tyler Holcomb negligence the Plaintiff Suffers from body injuries to the right hand, Lung problems, eye sight issues, lameness, headaches, physical and mental Pain.

In respect to why officer: Tyler Holcomb, a respected member of his community inflict/display such Police brutality, excessive use of force as to malicious Acts on my persona for the whole community of washington, Indiana and all 52 states of The United States of America to watch Live on Facebook on August 3, 2020. only God knows.

9.) Washington Police department "Emergency Respond Team" in their capacity directly participated in violating the Plaintiffs 4th, 8th and 14th amendment rights. Washington Police Emergency Respond Team knowingly thru there training and expierence as to preperations for incidents like this (Standoff's) is a procedure that's suppose to be executed.

However, on August 3, 2020 at 600 front street washing-

-ton Indiana. Washingtons Police Emergency Respond

Team neglected their Badge of Authority and displayed

Police brutality, excessive use of force as to malicious

Acts by participating with all fellow officers and

standing down after deploying a lethal cocktail of

Tear Gas into the residence located at 600 front Street

with the Plaintiff in it unresponsive. The Emergency

Respond Team should've acted immediately and executed

their search warrant to extract the Plaintiff, failing to

comply with state Laws and consititional Laws 4th Amendment

The Emergency Respond Team allowed Law enforcement

Officers from other respected branches act inappropriately

by not complying with state Laws in breaching

the residence leaving the Plaintiff with no fighting

chance of survival, that could've caused death to

the human body by suffocation. Furthermore, The

Washington Police Emergency Respond Team should've

enforced all Law enforcement agencies as there own

to provide the Plaintiff with the proper medical attention

instead all officers from the Emergency Respon Team on

August 3, 2020 acting "under State Authority" deprived

the Plaintiff of Life without "Due Process".

In result of washingtons Police Emergency Respond Team's

Negligence the plaintiff suffers from body injuries to

the right hand, Lung problems, lameness, eye sight issues,

headaches and physical and mental pain.

In respect to (WHY) The Emergency Respond Team

a respected organization of their community inflict/

display such Police Brutality, excessive use of force, and

malicious acts on my persona for the whole community

of washington, Indiana and all 52 states of The

United States of America to watch Live on Facebook on

August 3, 2020. only God knows..

C.    Jurisdiction

[X]    I am suing for a violation of federal Law under 28 U.S.C. § 1331.

[ ]    I am suing under state law. The State Citizenship of the Plaintiff(s) is (are) diffrent from the state citizenship of every defendant, and the amount of money at stake in this case (not counting intrest and cost) is $ _____.

D.    Relief Wanted

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

    The foundation of our Constitutional Rights is based on laws to Protect The American People as to acknowledge that We the People are protected by such laws

Complaint - 4

D.    "ReLief Wanted Continuance"

Further bringing to light that no goverment

official(s) or Local goverment agencies and

employees, Cities, counties and employees of Cities,

Counties acting under Federal or State Law shall

not deprive any American, person, of Life, Liberty,

or property without Due Process. With that said,

I'm not an attorney nor do I practice Law Therefore

in respect to our Federal and State Prosecutor(s)

There Job is to deter Police misconduct and im

conifident in our Judicial system that they will

Act in a humane manner and bring disciplinary

Action twords all agencies and indivisuals in their

own capacities.

unfortunately, The actions of all defendant(s) Present did Violate the Plaintiffs rights and The Plaintiff seeks compensation from each defendant, agency and Respond unit acknowledged on complaint form that displayed malicious Acts on August 3,2020 at 600 front street washington, Indiana That caused a Volume of health problems and bodily injury to the Plaintiff to date.

1.) De:Tective: Brandon Garland , Lead officer at Scene for washington Police department knowingly through his Training and expierence did Violate Plaintiffs Constitutional Rights 4th, 8th and 14th Amendment. Plaintiff seeks compensation of $5,000,000.00 dollars.

2.) Officer: Kane Waggoner, at Scene for Washington Police department knowingly through his training and expierence did violate Plaintiffs Constitutional Rights 4th, 8th, and 14th Amendment.

Plaintiff Seeks Compensation of $3,000,000.00 dollars.

3.) Officer: Greg Dietch, at Scene for Washington Police department knowingly through his training and expierence did violate Plaintiffs Constitutional Rights 4th, 8th and 14th Amendment.

Plaintiff Seeks compensation of $3,000,000.00 dollars.

4.) Officer: Aaron Guzman, at Scene for Washinton Police department knowingly through his training and expierence did violate the Plaintiffs Constitutional

Rights 4th, 8th, and 14th Amendment.

Plaintiff seeks compensation of $3,000,000.00 dollars.

5.) Officer: Tyler Holcomb, at scene for washington Police department knowingly through his training and expierence did Violate the Plaintiffs constitutional Rights 4th, 8th and 14th Amendment.

Plaintiff seeks compensation of $3,000,000.00 dollars.

6.) Washington Police departments "Emergency Respond Team", at scene for washington Police department knowingly through there training and expierence did Violate Plaintiffs Constitutional Rights 4th, 8th and 14th Amendment.

Plaintiff seeks compensation of $15,000,000.00 dollars.

7.) Captain: Jay R. Crew, Lead officer at scene for Daviess County Sheriffs office/department knowingly through his training and expierence did violate Plaintiffs Constitutional Rights 4th, 8th and 14th Amendment. Plaintiff seeks compensation of $5,000,000.00 dollars.

8.) Detective: Keith Hinderliter, at scene for Daviess County sheriff's department knowingly through his training and expierence did violate Plaintiffs Constitutional Rights 4th, 8th and 14th Amendment. Plaintiff seeks compensation of $3,000,000.00 dollars.

9.) Daviess County sheriffs department, "Sheriffs Respond unit" at scene for Daviess County sheriffs department knowingly through there training and

expierence did violate Plaintiffs Constitutional

Rights 4th, 8th and 14th Amendment.

Plaintiff seeks compensation of $15,000,000.00 dollars.

Wherefore the plaintiff prays the court

hears his relief and brings to light that no

goverment official or Local goverment agency(s) are

above the Law nor will they deprive any American

no matter what Race he is of his/her Constitutional

Rights and if so, they will be brought to Justice.

As stated the Plaintiff prays the court grant's

his persona American Justice.

E.    JURY DEMAND

☒    Jury Demand - I want a jury to hear my case
                         OR

☐    Court Trial – I want a judge to hear my case

Dated this _19_ day of _October_ 20_20_.

Respectfully Submitted,

_Elvis C. Medrano_
Signature of Plaintiff

_112643_
Plaintiff's Prisoner ID Number

_Henderson Co. Detention Center_

_380 Borax Dr. Henderson, Kentucky 42419_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.