UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ELVIS CESAR MEDRANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:20-cv-00251-RLY-CSW |
| | ) |
| BRANDON GARLAND, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Today, the court granted Defendants' Motion for Summary Judgment (Filing No. 109) and denied Plaintiff's Cross-Motion for Summary Judgment (Filing No. 114). In doing so, the court resolved all the outstanding issues in the case. Consequently, the court now issues final judgment in favor of the Defendants and against the Plaintiff.

**IT IS SO ORDERED** this 29th day of March 2024.

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Elvis Cesar Medrano
17734-028

1

Federal Correctional Institution, Berlin
P.O. Box 9000
Berlin, New Hampshire 03570